UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RIDAN INDUSTRIES, LLC,**

    **Plaintiff,**

v.                          Case No.  8:03-cv-2550-T-30EAJ

**CITY OF TARPON SPRINGS, FLORIDA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On June 10, 2005, this Court entered an Endorsed Order (Dkt. #16) granting Plaintiff's Agreed Motion for Enlargement of Time to October 14, 2005, to Reopen Case (Dkt. #15) in the above-styled matter.  No pleadings have been filed since the entry of said Order.

It is therefore ORDERED AND ADJUDGED that:

1.     This case is dismissed with prejudice.

2.     All pending motions, if any, are **DENIED** as moot.

3.     The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 25, 2005.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cv-2550.dismissal.wpd